THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOHN F. CARROLL, Appellant.

*Crimes — judgment convicting police officer of crime of accepting bribe affirmed.*

People v. Carroll, 202 App. Div. 847, affirmed.
(Argued March 8, 1923; decided March 23, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 21, 1922, which affirmed a judgment rendered at a Trial Term for the county of Kings upon a verdict convicting the defendant, a police officer, of the crime of accepting a bribe.

*Martin W. Littleton and Myles A. Walsh for appellant.*
*Charles J. Dodd, District Attorney (Henry J. Walsh and William F. X. Geoghan of counsel), for respondent.*

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.